JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BREA, LLC, a limited liability company; and<br>BREA DOWNNTOWN OWNERS' ASSOCIATION, INC., a California corporation,<br><br>　　　　Defendants. | Case No. 8:23-cv-01526-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 38] entered on or about August 27, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 30, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE